UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA MARIE MEZA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHELLE BONWELL, Chief Probation Officer,<br><br>　　　　Respondent. | No. 1:19-cv-00919-DAD-SKO (HC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**[Doc. 5]** |

On June 27, 2019, Petitioner filed a habeas petition. The Court conducted a preliminary review of the petition and found that it appeared Petitioner may not have exhausted her state remedies. On July 12, 2019, the Court issued an order directing Petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies. (Doc. 5.)

On July 19, 2019, Petitioner filed a response to the order to show cause in which Petitioner maintains she has completely exhausted her state remedies. (Doc. 6.) Based on Petitioner's submission, the Court will discharge the order to show cause, and by separate order, direct Respondent to file a response.

///

///

///

1

**ORDER**

Accordingly, the Order to Show Cause dated July 12, 2019, is hereby **DISCHARGED**.

IT IS SO ORDERED.

Dated: **July 26, 2019**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE